Elizabeth A. Best, Esq.
BEST LAW OFFICES, P.C.
425 Third Avenue North
P.O. Box 2114
Great Falls, MT  59403-2114
Telephone:(406) 452-2933
Facsimile:  (406) 205-7970
bestlawoffices@gmail.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| DALE OSBORNE, as Personal Representative of the Estate of Sarah Osborne, KELLY OSBORNE and DALE OSBORNE, individually, | **Cause No. CV-14-126-BLG-SPW** <br> **Hon. Susan P. Watters** |
| Plaintiffs, | **PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |
| vs. | |
| BILLINGS CLINIC, | |
| Defendant/Third-Party Plaintiff' | |
| vs. | |
| UNITED STATES, | |
| Third-Party Defendants. | |

COME NOW THE PLAINTIFFS, through counsel, and hereby move for this Court's Order to Compel Discovery and for Sanctions, and further move for the Court to order payment of reasonable attorney fees and costs associated with the filing of this motion.  Rules 11, 26(g), 37(b)(D), Fed.R.Civ.P. and §§ 3-1-501, et. seq., 26-2-105, 37-61-421 MCA.

RESPECTFULLY SUBMITTED this 23rd day of October, 2014.

**BEST LAW OFFICES, P.C.**

By: /s/ Elizabeth A. Best
Elizabeth A. Best, Esq.
P.O. Box 2114
Great Falls, MT 59403-2114
*Attorney for Plaintiffs*