**TIMOTHY J. CAVAN**
**VICTORIA L. FRANCIS**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**2601 2nd Ave. N., Suite 3200**
**Billings, MT 59101**
**Phone Nos.: (406) 247-4674 & (406) 247-4633**
**FAX: (406) 657-6058**
**Email: tim.cavan@usdoj.gov & victoria.francis@usdoj.gov**

**ATTORNEYS FOR UNITED STATES**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **DALE OSBORNE, as Personal Representative of the Estate of Sarah Osborne,**<br><br>　　　　　　　　**Plaintiff,**<br>**vs.**<br><br>**BILLINGS CLINIC and UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Defendants.** | **Cause CV 14-126-BLG-SPW**<br><br>**UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER** |
| **BILLINGS CLINIC,**<br><br>　　　　　　　　**Cross-Claimant,**<br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Cross-Defendant.** | |

The defendant United States of America, by and through its counsel, Assistant U.S. Attorney Victoria L. Francis, moves the Court for a protective order limiting the dissemination of any third-party patient information that may be contained within the Defendant United States' didactic training materials consisting of 11,000 pages. These didactic training materials have been requested by the plaintiff in discovery propounded to the United States. The didactic training materials may contain references to third-party patients unrelated to this case. It is difficult to locate all such references given the large volume of documents involved. The parties hereto have reached a stipulation that would provide for a protective order preventing the disclosure of any third-party health information in the public record or to any party outside the confines of this case as detailed in the Stipulation for Protective Order. The stipulation is filed with the Court contemporaneously herewith. A proposed order incorporating the terms of the stipulation has also been filed.

Counsel for plaintiff and counsel for defendant Billings Clinic do not oppose this motion and join in the stipulation.

Therefore, the United States respectfully requests that the Court issue a protective order in regard to the third-party patient information.

**DATED** this 20th day of February, 2015.

                                    MICHAEL W. COTTER
                                  United States Attorney

                                  /s/ Victoria L. Francis
                                  Assistant U.S. Attorney
                                  Attorney for Defendant United States