**TIMOTHY J. CAVAN**
**VICTORIA L. FRANCIS**
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 2nd Ave. N., Suite 3200
Billings, MT 59101
Phone Nos.: (406) 247-4674 & (406) 247-4633
FAX: (406) 657-6058
Email: tim.cavan@usdoj.gov & victoria.francis@usdoj.gov

**ATTORNEYS FOR UNITED STATES**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| DALE OSBORNE, as Personal Representative of the Estate of Sarah Osborne,<br><br>Plaintiff,<br>vs.<br><br>BILLINGS CLINIC and UNITED STATES OF AMERICA,<br><br>Defendants. | Cause CV 14-126-BLG-SPW<br><br><br>STIPULATION FOR DISMISSAL |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of plaintiff, Dale Osborne, against defendant, United States, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 13th day of January, 2016.

                                  MICHAEL W. COTTER
                                  United States Attorney


                                  /s/ TIMOTHY J. CAVAN
                                  Assistant U.S. Attorney
                                  Attorney for Defendant United States


**DATED** this 13th day of January, 2016.


                                  /s/ ELIZABETH A. BEST
                                  Best Law Offices, P.C.
                                  Attorney for Plaintiff